NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMMAN-MILLER-BEAUCHAMP-DEEBLE INC,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL AGENCY CORPORATION, a Corporation; LIBERTY MUTUAL AGENCY UNDERWRITERS., business form unknown; GENERAL INSURANCE COMPANY OF AMERICA, business form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.2:13-CV-7129RGK (VBKx)<br><br>[~~PROPOSED~~] JUDGMENT |

## JUDGMENT PURSUANT TO

## GENERAL INSURANCE COMPANY OF AMERICA'S

## MOTION FOR SUMMARY JUDGMENT

The motion of defendant General Insurance Company of America ("General") for summary judgment was taken under submission by the Court on or about June 24, 2014. After consideration of the admissible evidence, the statements of uncontroverted facts and genuine disputes, and the authorities of the

1

19108209v1

parties, and for the reasons set forth in the Court's July 7, 2014, Order, the Court hereby finds there is no genuine issue as to any material fact, and defendant General is entitled to judgment as a matter of law with respect to all claims for relief as follows:

    1.    There is no issue of material fact and defendant General is entitled to judgment as a matter of law with respect to plaintiff's First Claim for Relief for Breach of Contract;

    2.    There is no issue of material fact and defendant General is entitled to judgment as a matter of law with respect to plaintiff's Second Claim for Relief for Breach of Implied Covenant of Good Faith and Fair Dealing;

    3.    There is no issue of material fact and defendant General is entitled to judgment as a matter of law with respect to plaintiff's Third Claim for Relief for Promissory Estoppel.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff take nothing from defendant General with respect to plaintiff's claims for relief asserted in its complaint, that the complaint against defendant General is dismissed on the merits, with prejudice. ~~, and that defendant General shall recover its costs of suit against plaintiff.~~

**IT IS SO ADJUDGED.**

Dated: July 22, 2014

*/s/ Gary Klausner*

Honorable Judge R. Gary Klausner
UNITED STATES DISTRICT JUDGE

19108209v1

2